**United States District Court**
For the Northern District of California

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| AT&T SERVICES INC., | Case No.: 14-CV-00600-LHK |
| Plaintiff and Counter-Defendant, | |
| v. | CASE MANAGEMENT ORDER |
| CLEAN HARBORS ENVIRONMENTAL SERVICES, INC., | |
| Defendant and Counter-Claimant. | |

Clerk: Jackie Garcia         Plaintiff's Attorney: Raymond Bolanos
Reporter: Lee-Anne Shortridge    Defendant's Attorney: Thomas Downey

An initial case management conference was held on June 11, 2014. A further case management conference is set for October 22, 2014 at 2 p.m.

The Court referred the parties to private mediation with a deadline of December 15, 2014.

The discovery limits in the Federal Rules of Civil Procedure shall apply.

The Court set the following case schedule:

DEADLINE TO AMEND PLEADINGS OR ADD PARTIES: August 4, 2014

DISCOVERY DEADLINES:
    Opening Reports: January 27, 2015
    Rebuttal Reports: February 27, 2015
    Close of Fact and Expert Discovery: April 10, 2015

DISPOSITIVE MOTIONS shall be filed by June 4, 2015, and set for hearing no later than July 16, 2015 at 1:30 p.m. The parties are limited to one dispositive motion per side in the entire case.

1

Case No.: 14-CV-00600-LHK
CASE MANAGEMENT ORDER

1   FINAL PRETRIAL CONFERENCE: September 17, 2015 at 1:30 p.m.

2   JURY TRIAL: October 13, 2015 at 9 a.m. Trial is expected to last 10 days.

3   **IT IS SO ORDERED.**

4   Dated: June 11, 2014

_____
LUCY H. KOH
United States District Judge

Case No.: 14-CV-00600-LHK
CASE MANAGEMENT ORDER