RAYMOND P. BOLANOS, #142069
AT&T Services, Inc. Legal Department
525 Market Street, 20th Floor
San Francisco, CA  94105
Tel: (415) 778-1357
Fax: (415) 882-4458

Attorneys for Plaintiff
and Counter-Defendant
AT&T SERVICES, INC.

## UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

## SAN JOSE DIVISION

| | |
|---|---|
| AT&T SERVICES, INC.,<br><br>            Plaintiff,<br><br>      v.<br><br>CLEAN HARBORS ENVIRONMENTAL SERVICES, INC.,<br><br>            Defendant. | **Case No.:** 5:14-cv-00600-LHK<br><br>**STIPULATION AND [PROPOSED] ORDER CONTINUING CASE MANAGEMENT CONFERENCE** |
| CLEAN HARBORS ENVIROMENTAL SERVICES, INC.,<br><br>            Counter-claimant<br><br>      v.<br><br>AT&T SERVICES, INC.<br><br>            Counter-defendant | |

1     WHEREAS, counsel for AT&T Services, Inc. in the above-captioned matter is

2  unavailable on October 15, 2014, which is the currently scheduled date for the next Case

3  Management Conference (CMC) in this matter;

4     WHEREAS, the parties wish to continue the CMC to the mutually convenient date of

5  October 29, 2014, subject to Court approval.

6     Based on the foregoing, the parties in this matter, through their respective counsel,

7  STIPULATE as follows:  That the currently scheduled CMC in this matter be continued to

8  October 29, 2015 at 2:00 p.m. in Courtroom 8 of the above-captioned Court.

9

10                                                 Respectfully submitted,

11  Dated: September 22, 2014                      AT&T Services, Inc. Legal Dept.

12

13                                 By: _____
                                        Raymond P. Bolaños

14                                      Attorneys for
                                        AT&T Services, Inc.

15

16

17  Dated: September 22, 2014                      Burnham Brown

18

19                                 By: _____
                                        Thomas M. Downey

20                                      Attorneys for
                                        Clean Harbors Environmental Services, Inc.

21

22

23

24

25

26

27

28

1   <u>**ORDER**</u>

2         Based upon the Stipulation of the parties, AND GOOD CAUSE APPEARING, IT IS

3   HEREBY ORDERED that the currently scheduled Case Management Conference be, and is

4   hereby, CONTINUED to October 29, 2014, at 2:00 pm. in Courtroom 8.

5

6
    Dated:      September 24, 2014                         _Lucy H. Koh_____
7                                                   THE HONORABLE LUCY H. KOH
                                                    UNITED STATES DISTRICT COURT JUDGE
8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28