UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| AT&T SERVICES INC., ) <br> ) <br>       Plaintiff and Counter-Defendant, ) <br> v. ) <br> ) <br> CLEAN HARBORS ENVIRONMENTAL ) <br> SERVICES, INC., ) <br> ) <br>       Defendant and Counter-Claimant. ) <br> ) | Case No.: 14-CV-00600-LHK <br><br> CASE MANAGEMENT ORDER |

The case management conference set for October 29, 2014 at 2 p.m is CONTINUED to February 4, 2015 at 2 p.m. The case schedule remains as set.

**IT IS SO ORDERED.**

Dated: October 27, 2014

                                                      _____
LUCY H. KOH
United States District Judge