UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| AT&T SERVICES, INC., <br><br> Plaintiff, <br><br> v. <br><br> CLEAN HARBORS ENVIRONMENTAL SERVICES, INC., et al., <br><br> Defendants. | Case No.: 14-CV-00600-LHK <br><br> **CASE MANAGEMENT ORDER** |

Plaintiff's Attorney: Raymond Bolanos
Defendant's Attorney: Thomas Downey

  A case management conference was held on April 8, 2015. A further case management conference is set for July 23, 2015, at 1:30 p.m. The parties shall file their joint case management statement by July 16, 2015.

  The parties' stipulation to amend the case schedule is DENIED. *See* ECF No. 42.

  The Court amended the case schedule as follows:

FACT DISCOVERY CUTOFF: June 4, 2015

EXPERT DISCOVERY:
  Opening Reports: April 22, 2015
  Rebuttal Reports: May 6, 2015
  Close of Expert Discovery: June 4, 2015

1

Case No.: 14-CV-00600-LHK
CASE MANAGEMENT ORDER

DISPOSITIVE MOTIONS shall be filed by June 11, 2015, and set for hearing no later than July 23, 2015 at 1:30 p.m.  The parties are limited to one dispositive motion per side in the entire case.

FINAL PRETRIAL CONFERENCE: October 1, 2015, at 1:30 p.m.

JURY TRIAL: October 16, 2015 at 9:00 a.m.  Trial is expected to last 10 days.

**IT IS SO ORDERED.**

Dated: April 8, 2015

*Lucy H. Koh*
LUCY H. KOH
United States District Judge