UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| AT&T SERVICES, INC., <br><br> Plaintiff, <br><br> v. <br><br> CLEAN HARBORS ENVIRONMENTAL SERVICES, INC., et al., <br><br> Defendants. | Case No.14-cv-00600-LHK <br><br> **CASE MANAGEMENT ORDER** |

By Monday, July 20, 2015, the parties shall file a joint ADR status update stating whether the parties are amenable to conducting either another private mediation session or a Magistrate Judge settlement conference by September 17, 2015.

**IT IS SO ORDERED.**

Dated: July 17, 2015

_____
LUCY H. KOH
United States District Judge