United States District Court
Northern District of California

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| AT&T SERVICES, INC.,<br><br>            Plaintiff,<br><br>        v.<br><br>CLEAN HARBORS ENVIRONMENTAL SERVICES, INC., et al.,<br><br>            Defendants. | Case No.14-cv-00600-LHK<br><br>**CASE MANAGEMENT ORDER** |

The Court refers the parties to Magistrate Judge Cousins for a settlement conference with a deadline of Monday, August 31, 2015.

The Court continues the July 23, 2015 case management conference to September 9, 2015. The parties shall file a joint case management statement or a settlement status update by September 2, 2015.

**IT IS SO ORDERED.**

Dated: July 20, 2015

_Lucy H. Koh_

LUCY H. KOH
United States District Judge

1