UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN JOSE DIVISION

| | |
|---|---|
| AT&T SERVICES, INC., <br><br>          Plaintiff, <br><br>     v. <br><br> CLEAN HARBORS ENVIRONMENTAL SERVICES, INC., et al., <br>          Defendants. | Case No.  14-CV-00600-LHK <br><br> **ORDER DIRECTING PARTIES TO FILE A JOINT CASE MANAGEMENT STATEMENT** |

The parties have failed to file a Joint Case Management Statement 7 days in advance of the Case Management Conference set for September 9, 2015 at 2 p.m. *See* Civ. L.R. 16-10(d). The parties are hereby ORDERED to file one Joint Case Management Statement by Tuesday, September 8, 2015 at 10 a.m. The Statement must "report[] progress or changes since the last statement was filed and mak[e] proposals for the remainder of the case development process." *Id.*

**IT IS SO ORDERED**.

Dated: September 3, 2015

*Lucy H. Koh*
_____
LUCY H. KOH
United States District Judge

1
Case No.: 14-CV-00600-LHK
ORDER DIRECTING PARTIES TO FILE A JOINT CASE MANAGEMENT STATEMENT