UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| AT&T SERVICES, INC.,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>CLEAN HARBORS ENVIRONMENTAL SERVICES, INC., et al.,<br><br>　　　　　Defendants. | Case No.14-CV-00600-LHK<br><br>**CASE MANAGEMENT ORDER** |

Plaintiff's Attorney:  Raymond Bolanos
Defendant's Attorney:  Thomas Downey

　　　A case management conference was held on September 9, 2015.

　　　The parties shall file a joint settlement status report by September 15, 2015.

　　　If the parties file a stipulation of dismissal after noon on October 15, 2015, the parties shall be assessed all juror fees, juror mileage reimbursement, and juror parking fees incurred.

　　　The parties' motions in limine are due September 17, 2015.  The parties are limited to 4 motions in limine per side.  The motions in limine shall not exceed 3 pages each.

　　　Opening statements at trial shall be limited to 20 minutes per side for a bench trial or 40 minutes per side for a jury trial.  Closing arguments shall be limited to 40 minutes per side for a bench trial or 50 minutes per side for a jury trial.

1

Case No. 14-CV-00600-LHK
CASE MANAGEMENT ORDER

**If the parties waive trial by jury and proceed by way of a bench trial, they shall file proposed findings of fact and conclusions of law by September 24, 2015.**[1]

The case schedule is as follows:

DEADLINE TO FILE JOINT PRETRIAL STATEMENT: September 17, 2015

FINAL PRETRIAL CONFERENCE: October 1, 2015 at 1:30 p.m.

JURY/COURT TRIAL: October 16, 2015 at 9:00 a.m.  A jury trial is tentatively expected to last 8 days.

**IT IS SO ORDERED.**

Dated: September 9, 2015

_____
LUCY H. KOH
United States District Judge

---

[1] This deadline was not ordered at the case management conference.