UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| AT&T SERVICES, INC.,<br><br>            Plaintiff,<br><br>    v.<br><br>CLEAN HARBORS ENVIRONMENTAL SERVICES, INC., et al.,<br><br>            Defendants. | Case No.14-CV-00600-LHK<br><br>**ORDER TO FILE STATEMENT** |

    At the case management conference on September 9, 2015, the parties indicated that they were considering waiving their right to a jury trial and proceeding by way of a bench trial. Yesterday, the parties each filed proposed findings of fact and conclusions of law, as required for a bench trial but not for a jury trial. By Monday, September 28, 2015, the parties shall file their waivers of trial by jury.

**IT IS SO ORDERED.**

Dated: September 25, 2015

                                                    _/s/ Lucy H. Koh_
                                                   LUCY H. KOH
                                                   United States District Judge

1

Case No. 14-CV-00600-LHK
ORDER TO FILE STATEMENT