UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| AT&T SERVICES, INC., | Case No. 14-CV-00600-LHK |
| Plaintiff, | **ORDER TO FILE STATEMENTS** |
| v. | |
| CLEAN HARBORS ENVIRONMENTAL SERVICES, INC., et al., | |
| Defendants. | |

On October 1, 2015, the Court ordered the parties to file narrowed witness and exhibit lists by October 7, 2015. Clean Harbors Environmental Services, Inc. has not filed narrowed witness and exhibit lists. The Court hereby ORDERS Clean Harbors to file its narrowed witness and exhibit lists by October 9, 2015 at 5 p.m.

The Court additionally ORDERS each party to file a statement specifying which of the damages claimed in that party's trial brief are claimed under the 2006 Master Service Agreement and which damages are claimed under the 2012 Master Service Agreement by October 12, 2015 at 5 p.m.

**IT IS SO ORDERED.**

1    Dated: October 8, 2015

2                                                        _Lucy  H.  Koh_____

3                                                        LUCY H. KOH
                                                         United States District Judge
4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

United States District Court
Northern District of California

2

Case No. 14-CV-00600-LHK
ORDER TO FILE STATEMENTS