AT&T SERVICES, INC., Legal Department
RAYMOND P. BOLAÑOS (SBN 142069)
rb2659@att.com
430 Bush Street, 1st Floor
San Francisco, CA  94105
Telephone:      (415) 778-1357
Facsimile:      (415) 543-0418

Attorneys for Plaintiff and Counter-Defendant
AT&T SERVICES, INC.

BURNHAM BROWN, PLC
THOMAS M. DOWNEY (SBN 142096)
tdowney@burnhambrown.com
ALISON F. GREENE (SBN 148309)
agreene@burnhambrown.com
1901 Harrison Street, 14th Floor
Oakland, CA  94612
Telephone:      (510) 444-6800
Facsimile:      (510) 835-6666

Attorneys for Defendant and Counter-Claimant
CLEAN HARBORS ENVIRONMENTAL
SERVICES, INC.

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

**SAN JOSE DIVISION**

| | |
|---|---|
| AT&T SERVICES, INC.,<br><br>      Plaintiff,<br><br>v.<br><br>CLEAN HARBORS ENVIRONMENTAL SERVICES, INC.,<br><br>      Defendant. | No. C 14-00600 LHK<br><br>**JOINT [PROPOSED] ORDER PERMITTING USE OF CERTAIN ELECTRONICS DURING TRIAL**<br><br>Complaint Filed: February 7, 2014<br>Trial Date: October 16, 2015 |
| CLEAN HARBORS ENVIRONMENTAL SERVICES, INC.,<br><br>      Counter-Claimant,<br><br>v.<br><br>AT&T SERVICES, INC.<br><br>      Counter-Defendant. | |

Pursuant to the Court's request, the parties submit the following joint proposed order regarding the use of electronic equipment at trial:

AT&T Services ("AT&T") may bring three PC/ Windows laptops and a cable to connect one of the laptops to the Court's projection equipment.  Michele MacIver, Senior Paralegal at AT&T, will handle projection of documents at trial on behalf of AT&T.  Attorneys of record Raymond P. Bolaños and Hamsa Murthy will each use a laptop at trial.

Defendant and Counter-Claimant CHES anticipates using two windows laptop computers, one Microsoft Surface computer with the Court's audio-visual system.  CHES also anticipates using the Court's electronic ELMO projection system. Counsel Thomas Downey and Gregory McCormick will use the laptops and project documents.  Paralegals Melanie Flyte and Hai Li may be present to assist counsel with electronic equipment as needed.

IT IS SO ORDERED.
Date: 10/14/2015

*Lucy H. Koh*
_____
LUCY H. KOH
District Court Judge