UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| AT&T SERVICES, INC.,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>CLEAN HARBORS ENVIRONMENTAL SERVICES, INC., et al.,<br><br>　　　　Defendants. | Case No. 14-CV-00600-LHK<br><br>**ORDER TO FILE STIPULATIONS** |

In its October 1, 2015 Pretrial Conference Order, the Court ordered the parties to file a stipulation regarding the examinations of overlapping witnesses by October 9, 2015. In the same Pretrial Conference Order, the Court ordered the parties to file by October 13, 2015 a stipulation regarding what facts about the California Attorney General's prior action against AT&T, Clean Harbors will introduce at trial. The parties have not filed either stipulation.

The Court hereby ORDERS the parties to file the stipulation regarding the examination of overlapping witnesses and the stipulation regarding the prior action against AT&T by October 15, 2015 at 10 a.m.

**IT IS SO ORDERED.**

1   Dated: October 14, 2015

_____
LUCY H. KOH
United States District Judge