# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA
# SAN JOSE DIVISION

| | |
|---|---|
| AT&T SERVICES, INC.,<br><br>    Plaintiff,<br><br>    v.<br><br>CLEAN HARBORS ENVIRONMENTAL SERVICES, INC., et al.,<br><br>    Defendants. | Case No. 14-CV-00600-LHK<br><br>**ORDER RE: TRIAL START TIME** |

The parties have emailed Courtroom Deputy Stacy Sakamoto that they have settled and now request a continuance of the trial date. That request is DENIED. Trial will begin tomorrow. However, to give the parties time to get the signatures of their clients on the East Coast, trial will begin at 10 a.m. instead of 9 a.m. If a stipulation of dismissal is not on file before 10 a.m., the Court will hear opening statements at 10 a.m. tomorrow.

**IT IS SO ORDERED.**

Dated: October 15, 2015

                                        *Lucy H. Koh*
                                        LUCY H. KOH
                                        United States District Judge